# Law Office of Andrew C. Laufer, PLLC
255 West 36th Street, Suite 1104
New York, NY 10018
(212) 422-1020 – Phone
(212) 422-1069 – Facsimile

E-Mail: alaufer@lauferlawgroup.com

February 1, 2011

**Via ECF**
Honorable Ramon E. Reyes, Jr.
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Lyles v. County of Nassau, et al
       10cv00164 (DGT) (RER)

Dear Justice Reyes:

We are the attorneys for the plaintiff in the referenced action. We are writing to inform the court that the matter has been settled between the parties. We in the process of finalizing the closing paper work and believe it to be completed within the next thirty (30) days.

If you may have any questions, please feel free to contact our office.

Yours Truly

Andrew C. Laufer

Douglas Rose, Esq
Counsel for County of Nassau
One West Street
Mineola, New York 11501-4820

Keith M. Corbett, Esq.
Counsel for Defendant Village of Hempstead
300 Garden City Plaza, 5th Flr.
Garden City, NY 11530