UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ABRAHAM LYLES III,

                Plaintiff,

      v.                                                   **STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

COUNTY OF NASSAU, DETECTIVE STEVEN
WILSON SHIELD # 156, DETECTIVE LIEUTENANT
BRIAN SCHIRMACHER, DETECTIVE D'AURO,
DETECTIVE HOEFENFRIEG, VILLAGE OF              10-CV-0164 (DGT)(RER)
HEMPSTEAD and THE HEMPSTEAD POLICE
DEPARTMENT and JOHN and JANE DOE'S
(Police Officers in the Employ of COUNTY OF NASSAU
VILLAGE OF HEMPSTEAD and THE HEMPSTEAD
POLICE DEPARTMENT),

                Defendants.

------------------------------------------------------------X

        **IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the undersigned, counsel for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed **with prejudice**, against the following defendants: County of Nassau, Nassau County Police Department, Nassau County District Attorney's Office, Detective Stephen Hoefenfrieg, A.D.A. Teresa Corrigan, A.D.A. Kathleen Feehan and A.D.A. Dana Boylan and without costs or attorney fees to either party as against the other.

Dated: Mineola, New York
       March 22, 2011

LAW OFFICE OF ANDREW                          **JOHN CIAMPOLI**
C. LAUFER, PLLC                                          Nassau County Attorney

_____          _____
Andrew C. Laufer, Esq.                              Douglas J. Lerose, Esq.
255 West 36th Street, Suite 1104              Deputy County Attorney

<div style="display: flex">
<div>
New York, New York 10018
Attorney for Plaintiff
</div>
<div>
One West Street
Mineola, New York 11501
Attorney for County of Nassau, Nassau
County Police, Department, Nassau County
District Attorney's Office, Detective
Stephen Hoefenfrieg, A.D.A. Teresa
Corrigan, A.D.A. Kathleen Feehan and
A.D.A. Dana Boylan
</div>
</div>

**SO ORDERED:**

_____
**U.S.D.J. JOHN GLEESON**